Fill in this information to identify the case:

United States Bankruptcy Court for the:

EASTERN District of NEW YORK (State)

Case number (If known): ________ Chapter 7

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2026 SEP -4 A 10:30

RECEIVED/MR

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Pada Food Corp.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

d/b/a Key Foods

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ - _______

**5. Debtor's address**

**Principal place of business**

386 Fulton Avenue
Number Street

Hempstead NY 11550
City State ZIP Code

Nassau
County

**Mailing address, if different**

Number Street

P O Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**6. Debtor's website (URL)** keyfood.com/stores/1752

**7. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor Specify: ____

**8. Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor ____ Relationship ____
  District ____ Date filed ____ MM / DD / YYYY Case number, if known ____
  Debtor ____ Relationship ____
  District ____ Date filed ____ MM / DD / YYYY Case number, if known ____

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked.*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| EDR Distributors LLC | non-payment of goods sold and delivered | $ 358 264 50 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 358,264 50 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

EDR Distributors LLC
Name

301 Lehre Avenue
Number Street

Elmont NY 11005
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-1-26
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title
ENDY DURAN, PRESIDENT

**Attorneys**

Howard Rosenberg, Esq.
Printed name

Kreinces & Rosenberg, P.C.
Firm name, if any

900 Merchants Concourse, Suite 305
Number Street

Westbury NY 11590
City State ZIP Code

Contact phone 516-227-6500 Email howard@kresq.com

Bar number 2321

State NY

✗ [signature]
Signature of attorney

Date signed 9/1/2026
MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on ______________
MM / DD / YYYY

✘ ______________
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______________ Email ______________

Bar number ______________

State ______________

✘ ______________
Signature of attorney

Date signed ______________
MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on ______________
MM / DD / YYYY

✘ ______________
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______________ Email ______________

Bar number ______________

State ______________

✘ ______________
Signature of attorney

Date signed ______________
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

PADA FOOD CORP. d/b/a KEY FOODS,

Debtor.

Case No.______________

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) the undersigned counsel for EDR DISTRIBUTORS LLC, the petitioner, a private non-governmental party certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date: September 2, 2026

*Howard Rosenberg*
Howard Rosenberg, Esq.
Signature of Attorney

Attorney Bar Code 2321

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------x

**In Re:** **Case No.**

**Chapter** 7

PADA FOOD CORP. d/b/a KEY FOODS

**Debtor(s)**

-----------------------------------------------------x

**VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS**

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York

_____________________________
Debtor

_____________________________
Joint Debtor

s/ Howard Rosenberg
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** PARA FOOD CORP. d/b/a KEY FOODS **CASE NO.:** ____________________

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[**NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ **NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.**

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** ____________________ **JUDGE:** ____________________ **DISTRICT/DIVISION:** ____________________

   **CASE PENDING: (YES/NO):** __________ [*If closed*] **Date of Closing:** ____________________

   **CURRENT STATUS OF RELATED CASE:** ________________________________________
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): ____________________

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: ____________________
- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: ____________________

2. **CASE NO.:** ____________________ **JUDGE:** ____________________ **DISTRICT/DIVISION:** ____________________

   **CASE PENDING: (YES/NO):** __________ [*If closed*] **Date of Closing:** ____________________

   **CURRENT STATUS OF RELATED CASE:** ________________________________________
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): ____________________

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: ____________________
- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: ____________________

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3. **CASE NO.:** ______________________ **JUDGE:** ______________________ **DISTRICT/DIVISION:** ____________________

**CASE PENDING: (YES/NO):** ____________ *[If closed]* **Date of Closing:** _________________________________

**CURRENT STATUS OF RELATED CASE:** ______________________________________________________________
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED:** *(Refer to NOTE above)*: ________________________________________

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: ______________________________________________________________________________

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:______________________________________________________________________________

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** ____Y____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that:**

- **The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.**
- **I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.**
  The petitioner is not currently barred by any order of this Court from filing this involuntary bankruptcy petition.

______________________________
**Signature of Debtor's Attorney** - Petitioner's Attorney

______________________________
**Signature of Pro-se Debtor/Petitioner**

386 Fulton Avenue
**Mailing Address of Debtor/Petitioner**

Hempstead, New York 11550
**City, State, Zip Code**

______________________________
**Email Address**

______________________________
**Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## EASTERN District Of NEW YORK

| | | |
|---|---|---|
| In re PADA FOOD CORP. d/b/a KEY FOODS<br>Debtor* | ) | Case No. ________ |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on September 2, 2026 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk: U.S. Bankruptcy Court for the Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Kreinces & Rosenberg, P.C., Att: Howard Rosenberg, Esq.
900 Merchants Concourse, Suite 305
Westbury, NY 11590

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

________________ (Clerk of the Bankruptcy Court)

Date: ____________ By: ________________(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, ______________________________(name), certify that on ____________________ (date), I served this summons and a copy of the involuntary petition on ____________________ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ____________ Signature ______________________________________

Print Name: ____________________________

Business Address: ____________________________

____________________________

KREINCES & ROSENBERG, P.C.
*Attorneys At Law*

Leonard Kreinces

Howard S. Rosenberg
Admitted to Practice NY & CT

Donna Murphy
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

September 3, 2026

**VIA FEDERAL EXPRESS**
**OVERNIGH DELIVERY**

U.S. Bankruptcy Court
Eastern District of New York
2240 Federal Plaza
Central Islip, New York 11722

Att: Intake Department

Re: Debtor: PADA Food Corp. d/b/a Key Foods

Dear Sir/Madam:

We represent EDR Distribution LLC who is a creditor of the above-named debtor.

We enclose our check in the amount of $338.00 together with the following documents to commence an Involuntary Chapter 7 Bankruptcy Proceeding against PADA Food Corp.

1. Involuntary Chapter 7 Bankruptcy Petition;
2. Summons to Debtor;
3. Mailing Matrix;
4. Statement Pursuant to LBR 1073; and
5. Corporate Ownership Statement of the Petitioner.

The reason that these documents are being submitted by mail and not e-filed is that I changed my PACER password recently and since that time, I have been unable to file electronically in the Eastern District Bankruptcy Court. My Paralegal has been trying for the last several months to remedy the situation without success. The Court has confirmed that I am permitted to practice in this Court and given suggestions which have not worked. She has called and left numerous messages and emails in an effort to have PACER assist in this matter. All to no avail. We are working diligently to have this matter rectified.

For the reasons stated above we request the Court's indulgence and request that the

enclosed petition be filed and that our appearance be reflected on the Docket Sheet of this action and that we receive all future Court notices and filings.

The courtesy and cooperation of the Court is appreciated.

Very truly yours,

HOWARD ROSENBERG

HR/dm
Enc.

https://kresq.sharepoint.com/sites/DATA/Shared Documents/Data/kreinces1/WORK/General/EDR Distributor Y-/Bankruptcycourt.intake.ltr.09.02.2026.docx