| Information to identify the case: | | | | |
| --- | --- | --- | --- | --- |
| Debtor | Pada Food Corp.<br>Name | EIN: 00−0000000 | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 7 | 9/4/26 |
| Case number: | 8−26−73475−spg | | | |

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under Title 11, United States Code was filed against you on September 4, 2026, in this Bankruptcy Court requesting an Order for Relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed at the Court or on PACER (Public Access to Court Electronic Records) pacer.uscourts.gov.

**Address of Clerk:** **United States Bankruptcy Court**
**290 Federal Plaza**
**Central Islip, NY 11722**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**Howard Rosenberg, Esq.**
**Kreinces & Rosenberg, P.C.**
**900 Merchants Concourse, Suite 305**
**Westbury, NY 11590**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: September 4, 2026

For the Court, Paul Dickson, Clerk of Court