# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/4/2026 |
| Case: 8−26−73475−spg | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| ptcrd | EDR Distributors LLC | 301 Lehre Avenue | Elmont, NY 11005 | |
| aty | Howard Rosenberg, Esq. | 900 Merchants Concourse | Suite 305 | Westbury, NY 11590 |

TOTAL: 2