UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>PADA FOODCORP. d/b/a KEY FOODS,<br><br>Debtor. | Case No.: 8-26-73475-spg<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that EDR DISTRIBUTORS LLC, creditor/petitioner, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said creditor therein and hereby demands service of all papers and of notices of all proceedings in said action.

Dated: Westbury, New York
September 10, 2026

KREINCES & ROSENBERG, P.C.

By: *Howard Rosenberg*
HOWARD ROSENBERG
Attorneys for Above-Named
Creditor-Petitioner
900 Merchants Concourse, Suite 305
Westbury, New York 11590
(516) 227-6500
Howard@kresq.com
Dmurphy@kresq.com