UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

Case No.: 26bk73475-spg

PADA FOOD CORP. d/b/a KEY FOODS,

Debtor.

---

## CERTIFICATE OF SERVICE

I, HOWARD ROSENBERG, certify that on September 10, 2026, I served the summons on Randy "Doe" Front Store Manager of the corporate debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

Personal service at 1:00 p.m. at Debtors place of business: 386 Fulton Avenue, Hempstead, New York 11550; male with dark hair, beard and mustache; approx. 5'7"; approx. 40 years of age; cast on right wrist and hand.

He acknowledged service by signing the attached copy of the summons.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 9/10/2026

Signature Howard Rosenberg
HOWARD ROSENBERG, ESQ.
KREINCES & ROSENBERG, P.C.
900 Merchants Concourse, Suite 305
Westbury, New York 11590

Information to identify the case:

Debtor Pada Food Corp. EIN: 00-0000000

Name

United States Bankruptcy Court Eastern District of New York Date case filed for chapter: 7 9/4/26

Case number: 8-26-73475-spg

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under Title 11, United States Code was filed against you on September 4, 2026, in this Bankruptcy Court requesting an Order for Relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed at the Court or on PACER (Public Access to Court Electronic Records) pacer.uscourts.gov.

**Address of Clerk:** **United States Bankruptcy Court**
**290 Federal Plaza**
**Central Islip, NY 11722**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**Howard Rosenberg, Esq.**
**Kreinces & Rosenberg, P.C.**
**900 Merchants Concourse, Suite 305**
**Westbury, NY 11590**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: September 4, 2026

For the Court, Paul Dickson, Clerk of Court

**playinvol1r.jsp** [Involuntary summons 06/25/20]

9/10/26
RECEIVED:
X R.B.
~~[illegible]~~ RANDY
MANAGER

019229

34809019248011