**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

- ---------------------------------------------------x

**In Re:** **Case No.26-BK-73475**

**Chapter** 7

PADA FOOD CORP. d/b/a KEY FOODS

**Debtor(s)**

- ---------------------------------------------------x

# VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned attorney for the petitioner hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York

____________________________________
Debtor

____________________________________
Joint Debtor

*Howard Rosenberg*
____________________________________
Howard Rosenberg, Esq.
Kreinces & Rosenberg, P.C.
Attorneys for the Petitioner
900 Merchants Concourse, Suite 305
Westbury, New York 11590

CREDITOR'S MATRIX

EDR Distributors LLC
301 Lehre Avenue
Elmont, New York 11005

Jumbo Distribution LLC
282 W. 19th Street
Deer Park, New York 11729