UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

In re:

**Pada Food Corp.**
**d/b/a Key Foods,**

**Debtor**

---------------------------------------------------x

Case No. **8-26-73475-spg**

Chapter 7

**ORDER OF RELIEF**

An involuntary petition having been filed on September 4, 2026 against the above-named Debtor; it is

**ORDERED**, that pursuant to 11 U.S.C. § 303(h), relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is hereby granted; and it is further

**ORDERED**, that pursuant to Fed. R. Bankr. P. 1007(a)(2), the Debtor is required to file within 7 days of the entry of this order a list of creditors; and it is further

**ORDERED,** that pursuant to Fed. R. Bankr. P. 1007(c), the Debtor shall file within 14 days of entry of this order schedules and statements; and it is further

**ORDERED**, that the Debtor shall file a statement disclosing taxpayer identification with the Clerk's Office; and it is further

**ORDERED,** that the event the Debtor fails to file the aforesaid list of creditors, schedules and statements the petitioning creditors are directed to file the same within 21 days of the date of this order, pursuant to Fed. R. Bankr. P. 1007(k); and it further

**ORDERED,** that the Clerk of the Court serve a copy of this Order forthwith by mail, upon the Debtor at its last known address, the U.S. Trustee and the Petitioning Creditors.

**Dated: Central Islip, New York**
**October 21, 2026**

Sheryl P. Giugliano
United States Bankruptcy Judge

Corporation