KREINCES & ROSENBERG, P.C.
*Attorneys At Law*

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

**900 Merchants Concourse**
**Suite 305**
**Westbury, New York 11590**
**Tel (516) 227-6500**
**Fax (516) 227-6594**
**www.kresq.com**

October 22, 2026

**VIA ECF**

Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, New York 11722

Re: EDR Distributors, LLC v. PADA Food Corp.
Case No.: 8-26-73475-spg

Dear U.S. Trustee:

Our firm represents EDR Distributors LLC, the petitioning creditor in the above-referenced Involuntary Chapter 7 Bankruptcy proceeding.

The docket sheet does not list a specific Trustee assigned to this case. We request that a Trustee be assigned and that someone from the U.S. Trustee's office contact us regarding the contents of this letter.

We are writing to coordinate the preservation of the Debtor's assets, books, and records. The Order for Relief contains a proactive provision directing the petitioning creditor to file the Debtor's schedules and statements within 21 days (by November 11, 2026) under Fed. R. Bankr. P. 1007(k) if the Debtor fails to do so.

As a non-insider third-party creditor, our client does not possess the operational books, bank statements, general ledger, or other records required to construct accurate bankruptcy schedules for Pada Food Corp. The Debtor has historically been completely uncooperative and non-communicative throughout the pre-relief stage of this case.

To protect the estate from immediate dissipation or destruction of evidence, we respectfully request that your office take the following emergency measures:

1. Physical Site Control: Secure the Debtor's retail and corporate business premises located at the Debtor's place of business. This includes changing the locks, securing the inventory and ensuring that no hardware or physical files are removed by the corporate officers.

2. Digital Data Preservation: Issue an immediate data preservation demand to the Debtor's IT vendors, point-of-sale (POS) merchant processors and cloud

accounting providers (such as QuickBooks Online or NetSuite). It is critical to freeze access logs to ensure financial data is not deleted or altered.

3. Bank Account Lockout: Serve the Order for Relief on all known financial institutions holding accounts in the name of Pada Food Corp. to freeze any remaining funds and prevent unauthorized post-petition transfers.

4. Joint Discovery Strategy: Coordinate a unified timeline for issuing Rule 2004 subpoenas to the Debtor's principals, accountant, and major trade vendors.

Thank you for your prompt attention to this matter. I look forward to working with your office.

Very truly yours,

*Howard Rosenberg*
HOWARD ROSENBERG

HR/dm

https://kresq.sharepoint.com/sites/DATA/Shared Documents/Data/kreinces1/WORK/General/EDR Distributor Y-/trustee.ltr.10.22.2026.docx