UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

Case No.: 26bk73475-spg

PADA FOOD CORP. d/b/a KEY FOODS,

Debtor.

---

**CERTIFICATE OF SERVICE**

I, HOWARD ROSENBERG, certify that on October 22, 2026 I served a copy of the Order of Relief under Chapter 7 dated 10/21/2026 by U.S. First Class Mail to the Debtor:

PADA FOOD CORP.
d/b/a Key Food
386 Fulton Avenue
Hempstead, New York 11550

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 10/22/2026

Signature Howard Rosenberg
HOWARD ROSENBERG, ESQ.
KREINCES & ROSENBERG, P.C.
900 Merchants Concourse, Suite 305
Westbury, New York 11590