**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)**

| | |
|---|---|
| In re:<br><br>**PADA FOOD CORP. d/b/a KEY FOODS**,<br><br>Debtor. | Chapter 7<br><br>Case No. 8-26-73475-spg<br><br>**FORM 1007(k) AMENDED DISCLOSURES** |

**PETITIONING CREDITOR'S BARE-MINIMUM DISCLOSURE STATEMENT PURSUANT TO FED. R. BANKR. P. 1007(k)**

This filing is submitted by the Petitioning Creditor pursuant to the Court's Order of Relief (ECF No. 8) directing compliance with Fed. R. Bankr. P. 1007(k) in light of the Debtor's complete non-cooperation and failure to timely file required asset and liability schedules under Rule 1007(c). The Petitioning Creditor does not possess the Debtor's accounting hardware, internal ledgers, store safes, or proprietary banking information. All fields outside of the Petitioning Creditor's own explicit trade claim are verified as **UNKNOWN**.

## Official Form 106Sum: Summary of Your Assets and Liabilities

| | | |
|---|---|---|
| **Part 1: Summary of Assets** | | |
| 1. Schedule A/B: Total Real Property | | **$ Unknown** |
| 2. Schedule A/B: Total Personal Property | | **$ Unknown** |
| **Part 2: Summary of Liabilities** | | |
| 3. Schedule D: Total Secured Claims | | **$ Unknown** |
| 4. Schedule E/F: Total Priority Unsecured Claims | | **$ Unknown** |
| 5. Schedule E/F: Total Nonpriority Unsecured Claims | | **$ 358,264.50** |

## Official Form 106A/B: Real and Personal Property Disclosures

| Property Class & Code | Description & Contextual Annotations | Current Value |
|---|---|---|
| **Part 1: Real Property**<br>Grocery Store Retail Site | [X] **UNKNOWN / NON-COMPLIANT**<br>Debtor operates a retail supermarket store doing business as *Key Foods* at its known street location. It is entirely unknown whether this retail footprint is held via fee simple ownership, a corporate leasehold option, or an affiliated real estate holding entity. | $ Unknown |

| | | |
|---|---|---|
| **Part 2: Personal Property**<br>Bank & Merchant Accounts | [X] **UNKNOWN / NON-COMPLIANT**<br>Debtor maintains active retail operations, automated checkout points, credit/debit transaction nodes, and state lottery/EBT terminals. Specific clearing houses, commercial escrow accounts, balances, and operational deposits are completely hidden from the Petitioning Creditor. | $ Unknown |
| **Part 2: Personal Property**<br>Supermarket Inventory | [X] **UNKNOWN / NON-COMPLIANT**<br>The premises house commercial grocery inventories, dry goods, frozen perishables, cold storage coolers, and automated cash register racks. Complete valuation cannot be established without physical appraisal and complete accounting audits by the Chapter 7 Trustee. | $ Unknown |

## Official Form 106E/F: Creditors Who Hold Unsecured Claims

| Creditor Identification & Address | Claim Details & Legal Indicators | Claim Amount |
|---|---|---|
| [Insert Your Client's Corporate<br>EDR Distributors LLC<br>301 Lehre Avenue<br>Elmont, NY11005<br>I | **Nature:** Commercial Trade Debt / Goods Sold<br>Contingent: No \| Unliquidated: No \| Disputed: No | **$358,264.50** |
| **Petitioning Creditor #2**<br>(Per Involuntary Petition Records)<br>[Address Lines] | **Nature:** Wholesale Supply Line / Services Provided<br>Contingent: No \| Unliquidated: No \| Disputed: No | $ [Insert Value] |
| **Various Unknown Trade Creditors**<br>c/o Pada Food Corp. Operations<br>Addresses: Unknown | ***Nature:*** *Broad Grocery Supply Networks, Utilities, Equipment Lessors, & Local Store Clerks.*<br>*Note: Specific balances are held exclusively on the Debtor's closed ledgers.* | $ Unknown |

## Official Form 106Dec: Declaration Concerning Debtor's Schedules

I, the undersigned attorney for the Petitioning Creditor herein, declare under penalty of perjury that these modified schedules have been assembled in strict accordance with the Rule 1007(k) judicial authorization. Due to the Debtor's absolute refusal to furnish financial transparency, corporate ledgers, or banking credentials, the information provided represents the total sum of known operational records available from exterior third-party observation.

Dated: November 11, 2026

Central Islip, New York

/s/ Howard Rosenberg

HOWARD ROSENBERG, ESQ.
KREINCES & ROSENBERG, P.C.
Counsel for the Petitioning Creditor

November 9, 2026